UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X
SHERWIN CHARLES,

                               Plaintiff,

        -against-

THE CITY OF NEW YORK,
POLICE OFFICER SHERLON CROMWELL (TAX 943116), and
POLICE OFFICER RAYMOND HIGGINS (SHIELD 28788)

                               Defendants.
------------------------------------------------------------------------------------X

**NOTICE OF MOTION TO SET ASIDE COSTS**

**16 CV 1797 (FB)(VMS)**

      PLEASE TAKE NOTICE that upon the Affirmation of Jessica Massimi, dated October 17, 2017, and upon all pleadings and proceedings herein, Plaintiff Sherwin Charles, by his attorneys The Law Offices of Michael S. Lamonsoff, PLLC, 32 Old Slip, 8th Floor, New York, NY 10007, will move this Court, on the 1st day of November, 2017, at 9:30 a.m., or at such other time as set by the Court, for an Order setting aside the Clerk's Taxation of Costs entered on October 13, 2017, and for any and all further relief as the Court deems just and proper.

Dated: New York, New York
       October 17, 2017

                                                     /s/
                                            _____
                                            JESSICA MASSIMI (JM-2920)

To:    Elissa Fudim, Esq.
         New York City Law Department
         100 Church Street
         New York, NY 10007